Case 7:17-cr-00349-KMK Document 61 Filed 05/02/22 Page 1 of 1

**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

**MEMO ENDORSED**

May 2, 2022

**Via ECF**

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:   United States v. Danilo Fernandez**
       **7:17-cr-349 (KMK)**

Dear Judge Karas:

On or about September 2, 2016, the defendant Danilo Fernandez was arrested and presented before the Court on the above-entitled matter. On the date of the defendant's presentment, undersigned counsel was appointed pursuant to the Criminal Justice Act to represent the defendant. The defendant was sentenced in the above matter on or about July 22, 2019, but on March 1, 2022, the undersigned was notified by the Court that the defendant was subject to a Violation of Supervised Release and was to appear before the Court. Thereafter, the undersigned resumed his representation of the defendant.

On or about April 26, 2022, Attorney Barry Ross Goldberg filed with the Court a Notice of Appearance as retained counsel for defendant Fernandez.

As a result of the appearance of retained counsel on behalf of the defendant, the undersigned respectfully moves to withdraw his appearance.

The application is granted with the thanks of the Court for the work done on behalf of Mr. Fernandez.

So Ordered.
5/2/22

Respectfully submitted

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

BDK/me
CC:   All Counsel of Record via ECF.