**BARRY GOLDBERG, P.C.**
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
—
(212) 269-2363
(917) 682-0364

MEMO END

June 7, 2022

Honorable Kenneth M. Karas
United States District Court
Southern District
300 Quarropas Street
White Plains, New York 10601

VIA ELECTRONIC MAIL

Re: United States vs. Danilo Fernandez
7:17 Cr 00349 (KMK)

Dear Judge Karas:

    As the court is aware, I represent the above-referenced defendant, who is scheduled for June 9, 2022 for a hearing on a violation of his supervised release. At this time, we request an additional 45 days or more as the parties are currently trying to work out a resolution. Accordingly, it is requested that sentencing be postponed to any date excluding Fridays after July 25, 2022. I have spoke to AUSA Christopher Clore and he has no objection to this request. Thank you for your consideration in this matter. If you have any questions, please feel free to contact my office.

Granted. The hearing is adjourned to 7/28/22, at 11:00

Yours Truly,
s/Barry Goldberg
Barry Goldberg, Esq.

SO ORDERED:

_____
Honorable Kenneth M. Karas
6/7/22

CC: AUSA CHRISTOPHER CLORE