UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| United States of America, | Case No. 17-CR-00349 (KMK) |
| | USM#: 78080-054 |
| -v- | NYSID: NY05867342Y |
| | DOB: 3/2/1986 |
| Danilo Fernandez, | Facility: Midstate in NY |
| Defendant. | |

-------------------------------------------------------X

ORDER SCHEDULING TELECONFERENCE

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for a teleconference regarding a violation of supervised release before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, January 17, 2023 at 12:00 p.m. Counsel and the Defendant shall call the following number as instructed.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#).

Dated: January 12, 2023
      White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J