UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

-v-

Danilo Fernandez,

Defendant.
-----------------------------------------------------------X

Case No. 17-CR-00349 (KMK)
USM#: 78080-054
NYSID: NY05867342Y
DOB: 3/2/1986
Facility: Midstate in NY

*Amended*
ORDER SCHEDULING TELECONFERENCE

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for a teleconference regarding a violation of supervised release before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, January 17, 2023 at 2:00 p.m. Counsel and the Defendant shall call the following number as instructed.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#).

Dated: January 12, 2023
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J